JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| Darwin Abismael Maldonado-Sabillon,<br><br>                    Petitioner,<br><br>    v.<br><br>United States of America,<br><br>                    Respondent. | ED 15 CV 2188 VAP<br>ED 14 CR 00097 VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Relief under 28 U.S.C. § 2255 is DENIED. Petitioner's request for a certificate of appealability is also DENIED. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   6/8/16

                                          Virginia A. Phillips
                                      United States District Judge